No. 01–1806. ILLINOIS EX REL. RYAN, ATTORNEY GENERAL OF ILLINOIS *v.* TELEMARKETING ASSOCIATES, INC., ET AL. Sup. Ct. Ill. [Certiorari granted, *ante,* p. 999.] Motion of respondent

Telemarketing Associates to strike portions of petitioner's joint appendix designations denied.